# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KELMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 TO 10, inclusive,<br><br>    Defendants. | Case No. 3:19-cv-02270-SI<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:19-cv-02270-SI is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
HON. SUSAN ILLSTON
United States District Court Judge